**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Steven Pressley and Tara Pressley a/k/a Tara Patterson,
Defendants,

Of whom Steven Pressley is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-001334

―――――――――――――

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

―――――――――――――

Unpublished Opinion No. 2023-UP-115
Submitted March 9, 2023 – Filed March 16, 2023

―――――――――――――

**AFFIRMED**

―――――――――――――

Vernon Bailey Atkins, III, of Atkins Law Firm, P.A., of Greenville, for Appellant.

Marianthe Kolokithas Richey, of South Carolina Department of Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

———————

**PER CURIAM:**  Steven Pressley appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Pressley's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and GEATHERS and VERDIN, JJ., concur.**

———————

[1] We decide this case without argument pursuant to Rule 215, SCACR.